ORIGINAL

LODGED
2007 JUL 13 PM 4: 10

1  LATHAM & WATKINS LLP
   Michael W. De Vries (Bar No. 211001)
2    mike.devries@lw.com
   Tracy E. Cox (Bar No. 240680)
3    tracy.cox@lw.com
   Colleen C. Guilford (Bar No. 248961)
4    colleen.guilford@lw.com
   650 Town Center Drive, 20th Floor
5  Costa Mesa, California 92626-1925
   Telephone: (714) 540-1235
6  Facsimile: (714) 755-8290

7  Attorneys for Defendants and
   Counterclaimants
8  WALONG MARKETING, INC. AND
   TAWA SUPERMARKETS, INC.
9
   FULBRIGHT & JAWORSKI, L.L.P.
10   John C. Rawls (Bar No. 106567)
     jrawls@fulbright.com
11   M. John Carson (Bar No. 41285)
     jcarson@fulbright.com
12   Casandra C. Furey (Bar No. 204415)
     cfurey@fulbright.com
13  555 South Flower Street, 41st Floor
    Los Angeles, California 90071
14  Telephone: (213) 892-9200
    Facsimile: (213) 892-9494
15
   Attorneys for Plaintiff and Counterdefendant
16  THE GARDEN COMPANY LIMITED

17
              UNITED STATES DISTRICT COURT
18
              CENTRAL DISTRICT OF CALIFORNIA
19
              WESTERN DIVISION (SPRING STREET)
20



FILED
CLERK, US DISTRICT COURT
JUL 13 2007
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

**THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).**

| | |
|---|---|
| THE GARDEN COMPANY LIMITED | CASE NO. CV 07-00862 R (JCx) |
| Plaintiff, | Hon. Manuel L. Real |
| v. | **STIPULATION OF DISMISSAL** |
| WALONG MARKETING, INC; a California corporation; and TAWA SUPERMARKETS, INC. d/b/a 99 RANCH MARKET, a California corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |



ENTERED
CLERK, US DISTRICT COURT
JUL 19 2007
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

40

LATHAM & WATKINS
ATTORNEYS AT LAW
ORANGE COUNTY

OC\811178.1

1  Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is
2  HEREBY STIPULATED AND AGREED by and among all parties to the above-
3  entitled action, through their undersigned attorneys of record, that the above-
4  entitled action, including all claims and counterclaims asserted therein, is
5  dismissed with prejudice. Each party shall bear its own costs and fees.
6      This Stipulation of Dismissal in no way limits or supersedes the Court's
7  exclusive and continuing jurisdiction to enforce the terms of the parties' Settlement
8  Agreement and the terms of any permanent injunction that is entered.
9
10  SO STIPULATED AND AGREED:
11  Dated: July 13, 2007          FULBRIGHT & JAWORSKI, L.L.P.
12
13                                                        By _____
                                                                 John C. Rawls
14
                                                        Attorneys for Plaintiff and
15                                                      Counterclaim-defendant
                                                        THE GARDEN COMPANY
16                                                      LIMITED
17
18  Dated: July __, 2007          LATHAM & WATKINS LLP
19
20                                                        By _____
                                                                 Michael W. De Vries
21
                                                        Attorneys for Defendants and
22                                                      Counterclaimants
                                                        WALONG MARKETING, INC and
23                                                      TAWA SUPERMARKETS, INC.
                                                        d/b/a 99 RANCH MARKET
24
25
26
27
28

1  Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is
2  HEREBY STIPULATED AND AGREED by and among all parties to the above-
3  entitled action, through their undersigned attorneys of record, that the above-
4  entitled action, including all claims and counterclaims asserted therein, is
5  dismissed with prejudice. Each party shall bear its own costs and fees.
6  This Stipulation of Dismissal in no way limits or supersedes the Court's
7  exclusive and continuing jurisdiction to enforce the terms of the parties' Settlement
8  Agreement and the terms of any permanent injunction that is entered
9
10 SO STIPULATED AND AGREED.

11 Dated: July __, 2007                FULBRIGHT & JAWORSKI, L.L.P.

13                                     By _____
                                          John C. Rawls

                                       Attorneys for Plaintiff and
                                       Counterclaim-defendant
                                       THE GARDEN COMPANY
                                       LIMITED

18 Dated: July 13, 2007                LATHAM & WATKINS LLP

                                       By _____
                                          Michael W. De Vries
                                          Mary Cox
                                       Attorneys for Defendants and
                                       Counterclaimants
                                       WALONG MARKETING, INC and
                                       TAWA SUPERMARKETS, INC.
                                       d/b/a 99 RANCH MARKET

## PROOF OF SERVICE

I, Susan Crippen, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 41st Floor, Los Angeles, California 90071. On July 13, 2007, I served a copy of the within document(s):

### STIPULATION OF DISMISSAL

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery as addressed below:

☐ by placing the document(s) listed above in a sealed envelope and causing the envelope to be personally delivered by First Legal Support Services to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below on this date.

Michael W. De Vries, Esq.
Tracy E. Cox, Esq.
Latham & Watkins, LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Fax: 714-755-8290

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 13, 2007, at Los Angeles, California.

*Susan Crippen*
Susan Crippen